Reversed and Remanded. Opinion by HARALSON, J.
WEAKLEY, C. J., and DOWDELL and DENSON, JJ., concur.

---

## JONES V. THE STATE.

*False Pretense.*

(Decided May 17th, 1906. 41 So. Rep. 299.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. THOS. L. SOWELL.

RAY & LEITH, for appellant. MASSEY WILSON, Attorney General, for State.

Reversed and Remanded. Opinion by HARALSON, J.

WEAKLEY, C. J., and DOWDELL and DENSON, JJ., concur.

---

## L. & N. R. R. CO. v. MUSCAT & LOTT.

*Damages to Stock.*

(Decided May 17th, 1906. 41 So. Rep. 302.)

APPEAL from Mobile Circuit Court.

Heard before Hon. SAM'L. B. BROWNE.

GREGORY L. SMITH, for appellant. FRANCIS J. INGE, for appellee.

Reversed and Remanded. Opinion by DENSON, J.

TYSON, SIMPSON and ANDERSON, JJ., concur.

---

## BURNS V. GIBBS.

*Assumpsit.*

(Decided May 10th, 1906. 41 So. Rep. 303.)

APPEAL from Lauderdale Circuit Court.

Heard before Hon. ED. B. ALMAN.

JOHN T. ASHCRAFT, for appellant. J. L. HUGHSTON, for appellee.

Affirmed. Opinion by SIMPSON, J.

WEAKLEY, C. J., and TYSON and ANDERSON, JJ., concur.

---

## COKER V. THE STATE.

*Crime.*

(Decided May 19th, 1906. 41 So. Rep. 303.)

APPEAL from Monroe Circuit Court.

Heard before Hon. JOHN T. LACKLAND.

BARNETT & BUGG and J. N. MILLER, for appellant.

MASSEY WILSON, Attorney-General, for State.

Affirmed. Opinion by SIMPSON, J.

WEAKLEY, C. J., and HARALSON and DOWDELL, JJ., concur.